FRANK M. CAMPBELL et al., Individually and as Trustees of the Local 282 Welfare and Pension Trust Funds, Respondents, v. EDWARD McFARLAND, Appellant.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

FRANK M. CAMPBELL et al., Individually and as Trustees of the Local 282 Welfare and Pension Trust Funds, Respondents, v. NEWSDAY, INC., Appellant. FRANK M. CAMPBELL et al., Individually and as Trustees of the Local 282 Welfare and Pension Trust Funds, Respondents, v. EDWARD McFARLAND, Appellant.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

MURRAY SCHACHT, as President of the American Automatic Laundry Foundation, et al., Appellants-Respondents, et al., Plaintiffs, v. CITY OF NEW YORK et al., Respondents-Appellants.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.